NUMBER 13-07-307-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________ ___


THE STATE OF TEXAS, Appellant,


v.



KRYSTAL URENA, Appellee.

_________________________________________________________


On appeal from the 404th District Court 


of Cameron County, Texas.


_________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, THE STATE OF TEXAS, perfected an appeal from an order entered
by the 404th District Court of Cameron County, Texas, in cause number 2006-CR-2531-G. Appellant, The State of Texas, now moves to dismiss this appeal as the
State recognizes that it cannot file an appeal under article 44.01(b). 

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and

filed this the 16th day of August, 2007.